THE PEOPLE *v.* PABÓN.

APPEAL from the District Court of Mayagüez.

No. 161.—Decided April 12, 1909.

CRIMINAL LAW—DISTURBING THE PUBLIC PEACE—INSUFFICIENCY OF THE COM-
PLAINT—ACTS WHICH DO NOT CONSTITUTE AN OFFENSE.—The world *mal-
criado* (low-life), addressed by the defendant to the complainant, is not in
its nature of such scope and force that it could disturb the peace or tranquillity
of the latter, in view of the terms in which the complaint is drawn, in which
it is not even alleged that the word was uttered in a loud voice or in a threat-
ening tone or in a noisy and offensive manner. Furthermore, the word
*malcriado* is not in itself rude or unseemly.

The facts are stated in the opinion.

The appellant did not appear.

*Mr. Rossy, fiscal,* for respondent.

MR. ACTING CHIEF JUSTICE HERNÁNDEZ delivered the opin-
ion of the court.

By judgment of the District Court of Mayagüez of Jan-
uary 11 of the current year, Dionisio Ulises Pabón was found
guilty of the offense of disturbing the public peace, and there-
upon sentenced to pay a fine of $25 or in default to be impris-
oned in jail for 10 days, and to pay the costs of the proceed-
ings.

The defendant took an appeal from that judgment to this
Supreme Court, but no bill of exceptions or statement of facts
has been received nor has the appellant made any written or
oral allegation in his defense.

It appears from the transcript of the record that upon
arraignment the defendant demurred to the complaint on the
ground that the acts charged did not constitute a public of-
fense, and this demurrer was overruled by order of the 11th
of said month of January.

The complaint as drawn by the complainant, Francisco
Moya, makes the offense consist of the fact that "on Novem-
ber 16 of last year, at 10:15 a. m., in the municipal court of

San Germán, Dionisio Ulises Pabón conducted himself in a disorderly and offensive manner towards Francisco Moya, calling him '*malcriado*' and thus disturbed the public peace, in accordance with the provisions of section 358 of the Penal Code in force.''

We have examined section 358 invoked by the complainant, and relating it with the act complained of, we do not find in the latter the elements which go to make up the offense defined in said section.

We have also examined the other sections of Title XV of the Penal Code which bears the caption of ''Crimes against the public peace,'' and we do not find that the act complained of is comprised in any of them as a punishable act.

Paying special attention to section 368 in which the act complained of is comprised, according to the *fiscal,* we are of the opinion that the word ''*malcriado*'' addressed by the defendant to the complainant, is not in its nature of such scope and force that it could disturb the peace or tranquillity of the latter, in view of the terms in which the complaint is drawn, in which it is not even alleged that the word was said in a loud voice and in a threatening tone or in a noisy and offensive manner.

Furthermore the word ''*malcriado*'' in itself is not rude nor unseemly.

The act complained of not constituting a crime against the public peace, we are of the opinion that the lower court erred in making the order of January 11 last, overruling the demurrer to the complaint, and, therefore the judgment appealed from should be reversed and Dionisio Ulises Pabón acquitted, without costs.

*Reversed.*

Justices Figueras, MacLeary and Wolf concurred.